# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CORDELL YOUNG** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 24-4875** |
| | : | |
| **JOHN DOE** | : | |

# ORDER

**AND NOW**, this 29th day of October 2024, upon reviewing the *pro se* Complaint (ECF 2) after granting leave to proceed without paying filing fees (ECF 7) consistent with our obligations to screen under 28 U.S.C. § 1915(e)(2)(B), for reasons in today's accompanying Memorandum, and for good cause, it is **ORDERED** the Complaint (ECF 2) is **DISMISSED** with prejudice as amendment is futile absent a change in Supreme Court guidance or in Pennsylvania sentencing policy and the Clerk of Court shall **close** this case.

**KEARNEY, J.**